United States District Court
Middle District Florida

3:21-mc-34-MMH-MCR

## Complaint

① NON Judicial Review Miscellaneous Fileing

**FILED**
5-21-21
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

I CERTIFY THE FOREGOING TO BE A TRUE
AND CORRECT COPY OF THE ORIGINAL
CLERK OF COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
BY: Janine Barron
DEPUTY CLERK

By [signature]
(470) 588-5496

A black and white copy of this document is not official.

# State of Florida
## Department of State

I, Laurel M Lee, Secretary of State, do hereby certify that:

### LATINA M EVANS

was commissioned as a Notary Public in and for the State of Florida:

**Commission number:** GG317701
**Term beginning:** April 1, 2019
**Term expiring:** March 31, 2023

as shown by the records of this office.

**Legal Qualifications and Authority of a Florida Notary Public**

A Florida Notary Public is not licensed to practice law in the State of Florida, and may not give legal advice or accept fees for legal advice.

**Legal Qualifications of a Florida Notary Public:** A Florida Notary Public shall be at least 18 years of age and a legal resident of Florida. A Florida Notary Public must be able to read, write, and understand the English language.

**Legal Authority of a Florida Notary Public:** A Notary Public may administer an oath and make a certificate thereof when it is necessary for the execution of any writing or document to be published under the seal of a Notary Public. A Notary Public is authorized to take the acknowledgments of deeds and other instruments of writing for record. A Notary Public is authorized to solemnize the rites of matrimony. A Notary Public may supervise the making of a photocopy of an original document and attest to the trueness of the copy.



Given under my hand and the Great Seal of the State of Florida, at Tallahassee, the Capital, this the Twentieth day of May, A.D., 2021.

Secretary of State

DSDE 99 (2/12)

This document contains a true watermark. Hold up to light to see "SAFE" and "VERIFY FIRST."

▄▄▄▄▄▄▄▄▄▄▄▄
▄▄▄▄▄▄▄▄▄▄▄▄
▄▄▄▄▄▄▄▄▄▄▄▄

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| | |
|---|---|
| A. NAME & PHONE OF CONTACT AT FILER (optional) | Virginia Baker-Williams of the Williams family |
| B. E-MAIL CONTACT AT FILER (optional) | |

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
Williams Office of Executor
VIRGINIA BAKER-WILLIAMS, Estate
C/O 4449 Lincrest Drive South
Jacksonville, State [32208-1976]
```

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| VIRGINIA LORETTA WILLIAMS, Estate | | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| in care of: 4449 Lincrest Drive South | | Jacksonville | FL | [32208-1976] | uSA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| VIRGINIA BAKER-WILLIAMS, Trust | | | | | |
| OR 2b. INDIVIDUAL'S SURNAME | | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| in care of: 4449 Lincrest Drive South | | Jacksonville | FL | [32208-1976] | uSA |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR 3b. INDIVIDUAL'S SURNAME | | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| Williams | | Jerrod | | Antoine-Denard | Sr. |
| 3c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| in care of: 1100 Kings Road Suite 2576 | | Jacksonville | Fl | [32203] | uSA |

4. COLLATERAL: This financing statement covers the following collateral:

I, the undersigned, Williams Sr., Jerrod Antoine-Denard and Baker-Williams, Virginia Loretta, husband and wife, grantee(s) herein, a private American Citizen of the United States of America, by freewill act and Deed, execute this Deed of my acknowledgment and acceptance without consideration for absolute estate in/for the referenced Warranty Deed for the real estate described on the attached certified copy of said Warranty Deed (see CountyNameHere Land Records Book 34 Page 66 AND 66A) and All attachments and assets therefrom. Deed is governed by Maxims of Equity: "Equity will not aid a volunteer; Equity will not perfect an imperfect gift; Equity regards as done that which ought to have been done; the First in Order of Time shall Prevail; where there are equal equities the law shall prevail." This Deed bars any would-be bona fide purchasers for value without notice under rules of Equity.

LOT 36, QUEEN'S HARBOUR YACHT AND COUNTRY CLUB UNIT TWENTY-FIVE, according to the plat thereof recorded in Plat Book 54, pages 13, 13A, 13B, 13C, 13D, 13E and 13F, of the current public records of Duval County, Florida.

Now coming as Grantee with now absolute estate in said ACCOUNT, retitles ACCOUNT ▆▆▆▆▆▆▆ as private new title.

5. Check only if applicable and check only one box: Collateral is ☑ held in a Trust (see UCC1Ad, item 17 and Instructions)  ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☑ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☑ Non-UCC Filing

## UCC FINANCING STATEMENT ADDITIONAL PARTY
FOLLOW INSTRUCTIONS

18. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| 18a. ORGANIZATION'S NAME | |
|---|---|
| OR 18b. INDIVIDUAL'S SURNAME | |
| FIRST PERSONAL NAME | |
| ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

19. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (19a or 19b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 19a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 19b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 19c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

20. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (20a or 20b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 20a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 20b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 20c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

21. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 21a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 21b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

22. ☑ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (22a or 22b)

| 22a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 22b. INDIVIDUAL'S SURNAME **Baker-Williams** | FIRST PERSONAL NAME **Virginia** | ADDITIONAL NAME(S)/INITIAL(S) **Loretta** | | SUFFIX |
| 22c. MAILING ADDRESS **in care of: 1100 Kings Road Suite 2576** | CITY **Jacksonville** | STATE **FL** | POSTAL CODE **[32203]** | COUNTRY **uSA** |

23. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (23a or 23b)

| 23a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 23b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

24. MISCELLANEOUS:



# NOTICE OF TENDER
## -FOR SPECIAL DEPOSIT ONLY-



****** ONLY USE FOR DEED "FOR CONSIDERATION" ****

*By Special Deposit # RE848759548US-004,001*

**THIS IS ACTUAL AND CONSTRUCTIVE NOTICE OF TENDER** delivered by special deposit for PARCEL # <u>167128-4200</u> via "CERTIFICATE OF TITLE OF SPECIAL DEPOSIT" backed in sufficient private valuable consideration of one (1) Federal Reserve Bank Note legal tender of The United States of America, one (1) dollar coin of The U.S. Mint, and one (1) dollar United States Post Office Department cancelled postage stamp, tendered by *Baker-Williams Virginia Loretta*

Signed, sealed, acknowledged, and specially deposited: _Baker-Williams, Virginia Loretta_

*Baker-Williams ,Virginia Loretta, grantee, grantor/settlor.*
Private American Citizen of the union of the states of America.

---

*(grantor's optional use handwritten here)*

**Bill in Equity # :**   167128-4200

**assigned to:** RE848759548US-004

**Optional Notes:**

This Instrument Prepared By and Return to:
Dr. Baker-Williams
c/o P.O. 2576
Jacksonville, Florida [32203]

---

The Declaration of Independence at Large 4 July 1776
The United States of America at Large 15 December 1791     } Scribes and Affirms   <u>Notary Acknowledgment</u>
Florida state at Large 3 March 1865
Duval County at Large 3 March 1865

This instrument was acknowledged before me on <u>May 17th 2021</u> by *Baker-Williams ,Virginia Loretta*.

Notary Public – signature: _Latina Evans_

My commission expires: <u>03/31/2023</u>

```
LATINA M. EVANS
Notary Public-State of Florida
Commission # GG 317701
My Commission Expires
March 31, 2023
```

A black and white copy of this document is not official.

# State of Florida

## Department of State

I, Laurel M Lee, Secretary of State, do hereby certify that

*Jody Phillips*

was duly elected, qualified and commissioned

**Clerk of the Circuit Court, Duval County**

for a term beginning on the Fifth day of January, A.D., 2021, until the Sixth day of January, A.D., 2025 as shown by the records of this office.

Given under my hand and the Great Seal of the State of Florida, at Tallahassee, the Capital, this the Twentieth day of May, A.D., 2021.

*[signature]*
Secretary of State

Secretary of State

DSDE 99 (2/12)

This document contains a true watermark. Hold up to light to see "SAFE" and "VERIFY FIRST."



06093109

This document was prepared by:
Sharon Strayer Learch
Law Office of Sharon Strayer Learch PA
510 South Third Street
Jacksonville Beach, Florida 32250
FILE NO.: 06-163

**RETURN TO GRANTEE**

## General Warranty Deed



Made this November 14, 2006, By FABIO M. FASANELLI, whose post office address is: 712 Shipwatch Drive East, Jacksonville, Florida 32225, hereinafter called Grantor, to BERNARD M. ERHAYEL and KELLY ERHAYEL, husband and wife, whose post office address is: 1649 Norton Hill Drive, Jacksonville, Florida 32225, hereinafter called Grantee:

(Whenever used herein the term "Grantor" and "Grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

**Witnesseth**, that Grantor, for and in consideration of the sum of Ten Dollars, ($10.00) and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto Grantee, all that certain land situate in Duval County, Florida, viz:

Lot 36, QUEEN'S HARBOUR YACHT AND COUNTRY CLUB UNIT TWENTY-FIVE, according to the plat thereof recorded in Plat Book 54, pages 13, 13A, 13B, 13C, 13D, 13E and 13F, of the current public records of Duval County, Florida.

Said property is not the homestead of Grantor(s) under the laws and constitution of the State of Florida in that neither Grantor(s) nor any members of the household of Grantor(s) reside thereon. Grantor(s) presently reside at 712 Shipwatch Drive East, Jacksonville, Florida 32225.

Parcel ID Number: 167128-4200

**Subject** to all covenants, conditions, restrictions, reservations, limitations, and easements of record. However, this reference to such matters shall not operate to reimpose same.

**Subject** to all applicable zoning ordinances and/or restrictions and prohibitions imposed by governmental authorities, if any.

**Together** with all tenements, hereditaments, and appurtenances thereto belonging or in anywise appertaining.

**To have and to hold** the same in fee simple forever.

**And** Grantor hereby covenants with Grantee that Grantor is lawfully seized of said property in fee simple; that Grantor has good right and lawful authority to sell and convey said property; that Grantor hereby fully warrants the title to said property and will defend the same against the lawful claims of all persons whomsoever; and said property is free of all encumbrances except taxes for the year 2007 and subsequent years.

DEED Individual Warranty Deed With Non-Homestead-Legal on Face
Closers' Choice

By special Deposit RE 848 789 548 US-004.002

**In Witness Whereof,** Grantor has signed and sealed these presents on the date set forth in the notary acknowledgment below effective the day and year first above written.

Signed, sealed and delivered in our presence:

_____ (Seal)
**FABIO M. FASANELLI**
Witness Printed Name: Jessica R. Allon
Address: 712 Shipwatch Drive East, Jacksonville, Florida 32225

_____ (Seal)
Witness Printed Name: SHARON STRAYER LEARCH
Address:

State of Florida

County of Duval

The foregoing instrument was sworn to and acknowledged before me this November 14, 2006, by FABIO M. FASANELLI, who is/are personally known to me ~~or who has produced as identification.~~

Notary Public
Print Name:
My Commission Expires:

> SHARON STRAYER LEARCH
> MY COMMISSION # DD 420356
> EXPIRES: May 21, 2009
> Bonded Thru Notary Public Underwriters

Accepted By:
By: William De. [signature]  Grantee (S)
By: [signature] Dunlin, [signature] Donetta  Grantee (S)

DEED Individual Warranty Deed With Non-Homestead-Legal on Face
Closers' Choice

By Special Deposit RE 84875 9548 US-004.003

**STATE OF FLORIDA**
**DUVAL COUNTY**
I, UNDERSIGNED Clerk of the Circuit & County Courts, Duval County, Florida, DO HEREBY CERTIFY the within and foregoing, consisting of __2__ pages, is a true and correct copy of the original as it appears on record and file in the office of the Clerk of Circuit & County Courts of Duval County, Florida.
WITNESS my hand and seal of Clerk of Circuit & County Courts at Jacksonville, Florida, this the _7TH_ day of _MAY_ A.D., 20_21_
Clerk, Circuit and County Courts
Duval County, Florida
By _Vicky Murphy_
Deputy Clerk

After Recordation Return to:

Jerrod-Antoine-Denard; WILLIAMS SR. &
Virginia-Loretta; BAKER-WILLIAMS
c/o P.O. Box 2576
Jacksonville, Duval County, Florida [32203]

This instrument Prepared by and Return To:
Dr. Baker-Williams
Address: c/o P.O. Box 2576
Jacksonville, Florida [32203]

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# Correction Of Deed


By special Deposit RE 848 759 548 US-004.004

STATE OF FLORIDA
COUNTY OF DUVAL

KNOW ALL MEN BY THESE PRESENTS:

This is a Correction of Deed to that certain General Warranty Deed with Vendor's Lien dated 14th-November-2006, executed by Grantor herein to Grantees herein for and in consideration of the sum of (TEN AND NO/100 DOLLARS), and recorded under Clerk's File No. File 2006406541 in the Official Records of Real Property of DUVAL County Vol. 13659/ Pg. 36 Florida, and the Release of Lien of one acre of land dated 14th November 2006, executed by Grantor herein to Grantees herein, Jerrod-Antoine-Denard; WILLIAMS SR. husband and wife Virginia-Loretta; BAKER-WILLIAMS, whose post office address is: c/o P.O. Box 2576, Jacksonville, Florida [32203], Grantors and Grantees:

**LOT 36, QUEEN'S HARBOUR YACHT AND COUNTRY CLUB UNIT TWENTY-FIVE, ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 54, PAGES 13, 13A, 13B, 13C, 13D, 13E AND 13F, OF THE CURRENT PUBLIC RECORDS OF DUVAL COUNTY, FLORIDA.**

recorded under Clerk's File No. File 2006406541 in the Official Records of Real Property of Osceola County Vol. 13659/ Pg. 36   Florida for the purpose of correcting the following: Grantee's wish to Acknowledge and Accept the Warranty Deed, free of encumbrances, as bona fide, fee simple Owners. This Correction of Warranty Deed correctly describes the Land that was intended to be sold, granted and conveyed and should have been conveyed by the Warranty Deed. Other than this stated correction, this Correction of Warrant Deed is intended to restate in all respects the Correction of Warranty Deed, and the effective date of this Correction of Warranty Deed relates back to the effective date of the Corrected Warranty Deed.

## Assignee Verification

Jerrod-Antoine-Denard; WILLIAMS SR. husband and wife & Virginia-Loretta; BAKER-WILLIAMS, Living Principle and Assignee herein, autographing hereunder, does herewith state, declare, and asseverate, as express voluntary act and deed, that all statements made herein are true, correct, and complete in accordance with the best of Living Principle's knowledge and understanding.

## NOTARY CERTIFICATE OF ACKNOWLEDGEMENT AND EXECUTION

**Notice:** Use of Notary shall not be construed against Authorized Representative as adhesion, indicia, or submission to any foreign, domestic, or municipal jurisdiction.

The State of Florida )
                     ) ss   **KNOW ALL MEN BY THESE PRESENTS**
DUVAL county         )

Subscribed, verified, and asseverated before Latina M. Evans testifying herewith as a duly commissioned and sworn resident agent and notary public in and for the County of DUVAL, State of Florida, by

**Jerrod-Antoine-Denard; WILLIAMS SR. & Virginia-Loretta; BAKER-WILLIAMS** who proved to this agent on the basis of satisfactory evidence and personal knowledge that **Jerrod-Antoine-Denard; WILLIAMS SR. & Virginia-Loretta; BAKER-WIILIAMS** moves into the record this CORRECTION OF WARRANTY DEED WITH CERTIFICATE OF ACKNOWLEDGMENT & ACCEPTANCE and I attest that **Jerrod-Antoine-Denard; WILLIAMS SR. & Virginia-Loretta; BAKER-WILLIAMS** have read the contents of this instrument, verified the completeness and accuracy thereof, and moves same by free voluntary act, will, and conviction in express, plenary capacity.

I further attest that both **Jerrod-Antoine-Denard; WILLIAMS SR. & Virginia-Loretta; BAKER-WILLIAMS** appear to be of sound mind and not under or subject to duress, fraud, intoxicating or undue influence; and I have inspected the document and ascertained there are no interlineations, erasures or other changes.

So done in my presence and attested to this __17th__ day of May, Two Thousand Twenty One A. D.

In witness whereof, I hereunto set my hand and official seal:
My Commission Expires __03/31/2023__
_ NOTARY PUBLIC OBSIGNATORY __Latina Evans__

1715 West 31st Street
_____
Jacksonville, Florida [32209]


LATINA M EVANS
Notary Public-State of Florida
Commission # GG 317701
My Commission Expires
March 31, 2023

Date: 17th May In the Year of Our Lord, 2021, nunc pro tunc

By Special Deposit RE848759548US-004.005

## ACKNOWLEDGMENT & ACCEPTANCE OF DEED

I, Jerrod-Antoine-Denard; WILLIAMS SR. & the living man, and I, Virginia-Loretta; BAKER-WILLIAMS the living woman, in the capacity of Jerrod-Antoine-Denard; WILLIAMS SR. and Virginia-Loretta; BAKER-WILLIAMS are recorded as the assignees/grantees on the on the warranty (grant) deed for the land described on the attached certified copy of the said deed.

On and For the Record, It is our freewill act and deed, to acknowledge our acceptance of the Correction of Warranty Deed and lawful ownership of the land, under the terms of the instrument. We ask that the record on file in the Office of Register of Deeds be updated to show our acknowledgment & acceptance of the Correction of Warranty Deed, and the lawful owners of the land.

This our freewill act and deed, under our hand and seal; All Rights Reserved
By: _____ By: _____
Jerrod-Antoine-Denard; WILLIAMS SR.   Virginia-Loretta; BAKER-WILLIAMS

"And I will establish my covenant between me and thee and thy seed after thee in their generations for an everlasting covenant, to be a God unto thee, and to thy seed after thee." Genesis 17:7

# CERTIFICATE OF ACKNOWLEDGMENT

## OF ASSIGNMENT

I, Jerrod-Antoine-Denard; WILLIAMS SR. the living man, and I, Virginia-Loretta; BAKER-WILLIAMS the living woman, in the capacity of Jerrod-Antoine-Denard; WILLIAMS SR. and Virginia-Loretta; BAKER-WILLIAMS, whose post office address is: c/o P.O. Box 2576, Jacksonville, Florida [32203], are recorded as the assignees /grantees on the original land patent (grant) by contract, as evidenced by a clear chain of unbroken title back to the ceding, severance and relinquishment of the sovereign, (with, or without reservations or exceptions stipulated on the patent contract) for the part of the land described on the patent; a part of which is described in the survey and field notes of deed, the assignment of attached certified copy of the said patent.

LOT 36, QUEEN'S HARBOUR YACHT AND COUNTRY CLUB UNIT TWENTY-FIVE, ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 54, PAGES 13, 13A, 13B, 13C, 13D, 13E AND 13F, OF THE CURRENT PUBLIC RECORDS OF DUVAL COUNTY, FLORIDA.

It is our voluntary freewill, act and deed, to acknowledge our acceptance of the patent and lawful ownership of the land, free of encumbrances, under the terms of the instrument. We ask that the record on file in the Office of Register of Deeds be updated to show our acceptance of the deed, and the lawful owner of the land.

This our freewill act and deed, under our hand and seal;

By: _Jerrod-Antoine-Denard; Williams Sr._   By: _Virginia-Loretta; Baker-Williams_

Jerrod-Antoine-Denard; WILLIAMS SR.   Virginia-Loretta; BAKER-WILLIAMS

_Sharon R. Hunter_   _John L. Hunter_

Sharon R. Hunter,   Third Party Witness   John L. Hunter;   Third Party Witness

The State of Florida)
                    ) ss   KNOW ALL MEN BY THESE PRESENTS
DUVAL county        )

On this 17th day of May 2021, before me the subscriber, _LaTina M. Evans_ a Notary, personally appeared Jerrod-Antoine-Denard; WILLIAMS SR. & wife Virginia-Loretta; BAKER-WILLIAMS, to me known to be the living man & woman described in and who executed the foregoing instrument and acknowledged before me that they executed the same as their voluntary freewill act and deed.

In Witness Whereof, I have hereunto set my hand and official seal the day and year last above written.

_LaTina Evans_   May 17th 2021
Notary           Date

(Seals of notary and claimant) Notary Public & my commission expires: 03/31/2023

> LATINA M EVANS
> Notary Public-State of Florida
> Commission # GG 317701
> My Commission Expires
> March 31, 2023

c/o 1715 West 31st Street, Notary
Jacksonville, Florida [ 32209]

One witness shall not rise against a man for any trespass, or for any sin, or for any fault that he offendeth in, *but* at the mouth of two witnesses, or at the mouth of three witnesses, shall the matter be established.   Deuteronomy 19:15

Prepared By and Return to: Dr. Baker-Williams
c/o P.O. Box 2576, Jacksonville, Florida [32203]

_By Special Deposit RES 48 1778460-UCC-DOC_

## CERTIFICATE OF ACKNOWLEDGEMENT AND ACCEPTANCE

I, <u>Williams Sr., Jerrod Antoine-Denard</u>, and I, <u>Baker-Williams, Virginia Loretta</u> grantors/settlor of **RE848759548US-004 TRUST**, whose post office address is: c/o P.O. Box 2576, Jacksonville, Florida [32203], a private trust under exclusive judicial power in Equity pursuant to Article 3 Section 2 Subdivision 1 of the written constitution for The United States of America, in the capacity of **JERROD A WILLIAMS SR. and VIRGINIA L. BAKER-WILLIAMS** am recorded as the Grantees on the Warranty Deed for the real estate described on the attached certified copy of said Warranty Deed.

LOT 36, QUEEN'S HARBOUR YACHT AND COUNTRY CLUB UNIT TWENTY-FIVE, ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 54, PAGES 13, 13A, 13B, 13C, 13D, 13E AND 13F, OF THE CURRENT PUBLIC RECORDS OF DUVAL COUNTY, FLORIDA.

It is my free will, act, and deed to Acknowledge my Acceptance of the Warranty Deed recorded in and the lawful ownership of the property under the terms of the Warranty Deed.

I request that the record on file in the Office of the Circuit Court Clerk, Duval County, Florida [Republic], be updated to show my Acceptance of the Warranty Deed, and to show **RE848759548US-004 TRUST** as the lawful owner of that real estate.

This is my free will, act, and deed, under my hand and seal:

_____
Williams Sr., Jerrod Antoine-Denard, Grantor/Settlor
RE848759548US-004 TRUST

_____
Baker-Williams, Virginia Loretta, Grantor/Settlor
RE848759548US-004 TRUST

*By Special Deposit-RE 848 759 548 US -004. US*

---

The Declaration of Independence at Large, 4 July, A.D. 1776

The Unites States of America at Large, 15 December, A.D. 1791    ss Notary Public Acknowledgment

Herein The State of Florida at Large 3 March 1865

Herein The County of Duval at Large, 3 March 1865

I, a notary Public by said State duly authorized, certify that I know, or have satisfactory evidence that Williams Sr., Jerrod Antoine-Denard, and Baker-Williams, Virginia Loretta is whose names is scribed to the within instrument in his and her declared positions and duties as Trustees, comes before me by special limited restricted ministerial visitation and acknowledges same that he and she freely marks and impresses his and her signature and seal to this *"Certificate of Acknowledgement and Acceptance"*, and acknowledges it to be his and her own freewill self-determined act and volition for the uses and purposes mentioned in the document.

Done this 17th Day of May, A.D. 2021.

_____ My commission expires: 03/31/2023

LATINA M EVANS
Notary Public-State of Florida
Commission # GG 317701
My Commission Expires
March 31, 2023

---

Prepared By and Return to:
Dr. Baker-Williams
c/o P/O. Box 2576
Jacksonville, Florida [32203]

# Annex B: Actual Notice of Deed Of Conveyance of Special Deposit

To: Kim A. Taylor
    DUVAL AND COUNTY AUDITOR
    THE UNITED STATES OF AMERICA.
    All other similarly situated as aforementioned

} **Trustee/Principal Hereinafter "Trustees"**

From: *Baker-Williams, Virginia Loretta*, whose post office address is: c/o P.O. Box 2576, Jacksonville, Florida [32203], grantee now coming as grantor/settlor, private citizen of the United States privately and specially residing and domiciling within the state of Florida, Duval county, within a non-military occupied private estate not subject to the Jurisdiction of the "United States".

Re:  **Special deposit RE848759548US-004.008.**

<u>**PRIVATE – SPECIAL – CONFIDENTIAL – RESTRICTED – PROPRIETARY – PRIVILEDGED - PRIORITY**</u>

Whereas *I*, the undersigned, *Baker-Williams, Virginia Loretta*, a private American Citizen of The United States of America, within a non-military occupied private estate not subject to the jurisdiction of the "United States", am grantee of said identifiable property, and do privately re-title same to be RE848759548US-004, now coming as the grantor/settlor of same said special deposit trust property:

**Be It Your Duty To Take Notice and Acknowledgment** to the Trustees referenced above that on this 17th day of May 2021 to present that, *I*, now coming with express intent and purpose hereby and herein by my own freewill act and Deed do hereby:

   A. Grant, convey, assign and deliver via USPS Certified Mail No. <u>7020 1290 0001 4984 3910</u> original executed Certificate of Title of Special Deposit RE848759548US-004 to trustee Kim A. Taylor KIM A. TAYLOR, DUVAL COUNTY COMMISSIONER, said original executed title RE848759548US-004 - along with any special deposits attached therewith governed under the established special private trust relations of "RE848759548US-004 Trust;" (Maxim: *"No trust can fail for want of trustee."*)
   B. Accept Trustee's constitutional oath to perform lawfully in good faith to the beneficiary:
   C. Grant, bestow and authorize broad powers, indemnity, liberty and limited authority governed under Maxims of Equity to said Trustee for the good faith execution and performance of settlor's private lawful intent and purpose of prevention of any abandoned funds, debt extinguishment, settlement and closure, release of collateral, private enjoyment, use in possession, and benefit involving above identified private trust property for the named beneficiary *"Baker-Williams, Virginia Loretta"*, private beneficial property of private Citizen of the United States of America;
   D. Account is established within the jurisdiction of one of the union-member states; and, Account is excluded from the applicability of the "Emergency Banking Relief Act" amended "Trading with the Enemy Act" of 1933.

Done under *my* hand and seal with intent, special purpose, freewill act and Deed:

_____
Private Witness.
Private Citizen of the United States.

_____
Private Witness.
Private Citizen of the United States.

_____
*Baker-Williams, Virginia Loretta*, grantee
Private American Citizen of the United States of America.
Privately and specially residing/domiciling outside a "Federal Zone" within a non-military occupied private estate within a union member state.

This Instrument Prepared By and Return to:
Dr. Baker-Williams, P.O. 2576 Jacksonville, Florida [32203]

*By Special Deposit RE848759548 US – 004.008*

| | | |
|---|---|---|
| **From:**<br>*Baker-Williams Virginia Loretta* Private Citizen of The United States<br>Private Resident within Florida, outside a "Federal Zone" within a non-military occupied private estate not subject to the jurisdiction of the "United States".<br><br>**TO:**<br><br>Kim A. Taylor, DUVAL AND COUNTY AUDITOR |  | **ANNEX C**<br><br>The United States of America<br>Article III, §2, subdivision 1, of The Constitution of The United States of America<br>Maxim "Equity Follows The Law"<br><br>**RE848759548US-004 Trust**<br><br><u>**NOTICE OF APPOINTMENT**</u><br><br>Private, Special, Privileged, Proprietary, Restricted, Confidential, Priority.<br><br>Excluding the Public and Press<br>Special Term<br><br>Court as of Record |

*By Special Deposit RE 848759548 US-004.007*

**RE: CERTIFICATE OF APPOINTMENT OF AGENT** Kim A. Taylor **DBA** DUVAL COUNTY AUDITOR

**Order and Demand**

You are directed and ordered hereby to settle all outstanding TAXES matters in relation to Account in good faith for the beneficiary "*Baker-Williams, Virginia Loretta*" by order of private American National Citizen of the United States of America, *Baker-Williams, Virginia Loretta*. *Equity Imputes an intent to fulfill an obligation. Equity sees that as done what ought to be done.*

Govern yourself accordingly,

*Baker-Williams Virginia Loretta*

This Instrument Prepared
By and Return To:
Dr. Baker-Williams
c/o P.O. Box 2576
Jacksonville, Florida [32203]

# Special Certificate of Title
# No. RE848759548US-002

c/o temporary unincorporated mailing location
Post Office Box 2576, Jacksonville, Florida
non-domestic, without the "United States"

## To All Whom These Presents Shall Come, Greetings:

i, *Baker-Williams Virginia Loretta*, in my unrepresentative and non-representative in esse sui juris capacity as a private American Citizen of The United States of America, whose post office address: c/o P.O. Box 2576, Jacksonville, Florida [32203],
[.] hereby certify that on the 17, day of May Two Thousand and Twenty-Nineteen from within, LOT 36, QUEEN'S HARBOUR YACHT AND COUNTRY CLUB UNIT TWENTY-FIVE, ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 54, PAGES 13, 13A, 13B, 13C, 13D, 13E AND 13F, OF THE CURRENT PUBLIC RECORDS OF DUVAL COUNTY, FLORIDA.

the State of Florida, Duval County, outside a "Federal Zone" within a non-military occupied private estate, that i, the grantor/settlor, with intent and purpose, hereby deliver/convey/transfer legal title of all right title and interest of equitable asset title **RE848759548US-004** along with all of its special deposits as i do assign, if any, attachments, derivations, **RE848759548US-004.001** thru and including **RE848759548US-004.010**, and did perform the Deed of delivery via USPS Certified Mail Number: 7020 1290 0001 4984 3910 as evidenced by this original Certificate in trust and care of the appointee/trustee Kim A. Taylor, Chief Financial Officer, c/o DUVAL COUNTY AUDITOR , co-trustees, successors and assigns, and it shall be binding upon her ac by its acceptance by the said Trustee in the absence of a valid disclaimer. This legal title supersedes all previously issued legal titles of same by *Baker-Williams Virginia Loretta*.

*[signature]*
*Baker-Williams Virginia Loretta*, grantor/settlor.
Private Citizen of The United States

*[signature]* | *[signature]*
Private Witness 1 | Private Witness 2
Private Citizen of the United States. | Private Citizen of the United States.

This Instrument Prepared By and Return to: Dr. Baker-Williams,
c/o P.O. 2576, Jacksonville Florida [32203]

*[margin note: By Special Deposit RE 848 101 070 ... US]*